UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
ALL ACTIONS.

## CASE MANAGEMENT ORDER NO. 49

On January 10, 2024, the Court held a Case Management Conference in this multidistrict litigation. This order memorializes general developments in the multidistrict litigation and developments in the fourth bellwether case, Case No. 18-cv-1440, *Bryan v. C.R. Bard, Inc., et al.*

Defendants are to file any motion to quash regarding the PSC's requested corporate depositions by **Monday, January 15, 2024**. The PSC shall file any response by **Monday, January 22, 2024**.

The PSC shall file any motion to compel its subpoena to third party Exponent within **ten days**, and any response shall be filed within **seven days** of the filing of the motion.

The deadline for Defendants to respond to the PSC's Motion for Entry of Case Management Order to Govern the Future Management of Cases and Potential Remand (ECF No. 802) is extended by **seven days** and Defendants are directed to address in their response the necessity of a fourth bellwether trial. The PSC's deadline to reply is also extended by **seven days** and it is to address the same.

The next Case Management Conference with the participation of defense counsel and the PSC will be held via Zoom on **February 6, 2024**, at **2:00 P.M.**

    **IT IS SO ORDERED.**

**1/10/2024**　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**