UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
*Bryan v. C.R. Bard, Inc., et al.*
Case No. 2:18-cv-1440

## EVIDENTIARY MOTIONS ORDER No. 36

Because the trial schedule in this case has been vacated (Case Management Order No. 50, ECF No. 92), the parties' pending *Daubert* Motions (ECF Nos. 59, 60, 61, 62, 63, 64, 66, 67, 68, 69, 70, 71, 76, & 86) are hereby **DENIED AS MOOT** without prejudice to refiling if the status of this case were to change.

IT IS SO ORDERED.

6-27-2024
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE